# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 12-42320-WSD
§
Jacob D Glowski §
§
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/02/2012. The undersigned trustee was appointed on 02/02/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $25,050.05

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $14.41 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $10,000.00 |
   | Exemptions paid to the debtor | $6,750.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $8,285.64 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was <u>08/28/2012</u> and the deadline for filing government claims was <u>          </u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,580.01</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,580.01</u>, for a total compensation of <u>$1,580.01</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$75.00,</u> for total expenses of <u>$75.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>04/04/2013</u>               By:  <u>/s/ Wendy Turner Lewis         </u>
                                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | |
|---|---|
| Case No.: | 12-42320-WSD |
| Case Name: | GLOWSKI, JACOB D |
| For the Period Ending: | 4/4/2013 |

| | |
|---|---|
| Trustee Name: | Wendy Turner Lewis |
| Date Filed (f) or Converted (c): | 02/02/2012 (f) |
| §341(a) Meeting Date: | 03/01/2012 |
| Claims Bar Date: | 08/28/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Bank Of America - Checking/Savings | $20.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Bank- Savings/Checking | $20.00 | $0.00 | | $0.00 | FA |
| 3 | Household Goods And Furnishings, Miscellaneous | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Living Room Furniture | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Wearing Apparel, Shoes, Coats, Etc | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Watch And Bracelet | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Anticipated Tax Return | $1,800.00 | $0.00 | | $0.00 | FA |
| 8 | 1996 Jaguar | $4,500.00 | $1,050.00 | | $1,050.00 | FA |
| 9 | Judgment Against The Hayloft Liquor Stand Atty: G | $48,000.00 | $23,165.00 | | $23,500.00 | FA |
| 10 | 1996 Jet Ski | $500.00 | $500.00 | | $500.00 | FA |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $0.05 | FA |

TOTALS (Excluding unknown value)

Gross Value of Remaining Assets

$56,040.00   $24,715.00   $25,050.05   $0.00

---

**Major Activities affecting case closing:**

CONTINUED INVESTIGATION AND COLLECTION OF JUDGMENT

TFR SUBMITTED TO UST FOR FILING

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/30/2013 |
| Current Projected Date Of Final Report (TFR): | 12/30/2013 |

/s/ WENDY TURNER LEWIS

WENDY TURNER LEWIS

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 12-42320-WSD | | | **Trustee Name:** | | Wendy Turner Lewis |
| **Case Name:** | GLOWSKI, JACOB D | | | **Bank Name:** | | Bank of Texas |
| **Primary Taxpayer ID #:** | ******3238 | | | **Checking Acct #:** | | ******0270 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | DDA |
| **For Period Beginning:** | 2/2/2012 | | | **Blanket bond (per case limit):** | | $2,000,000.00 |
| **For Period Ending:** | 4/4/2013 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/25/2013 | | Bank of Kansas City | Transfer Funds | 9999-000 | $1,535.64 | | $1,535.64 |
| 03/12/2013 | (9) | Henry E Sarnacki Atty | Settlement P/O 2/26/13 | 1121-000 | $23,500.00 | | $25,035.64 |
| 03/15/2013 | 5001 | Lynmarie Glowski | Settlement Share P/O 2/26/13 | 8500-002 | | $10,000.00 | $15,035.64 |
| 03/15/2013 | 5002 | Jacob D Glowski | Debtor's Exemption P/O 2/26/13 | 8100-002 | | $6,750.00 | $8,285.64 |
| | | | **TOTALS:** | | $25,035.64 | $16,750.00 | $8,285.64 |
| | | | **Less: Bank transfers/CDs** | | $1,535.64 | $0.00 | |
| | | | **Subtotal** | | $23,500.00 | $16,750.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $6,750.00 | |
| | | | **Net** | | $23,500.00 | $10,000.00 | |

**For the period of 2/2/2012 to 4/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $23,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,500.00 |
| Total Internal/Transfer Receipts: | $1,535.64 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $16,750.00 |
| Total Comp/Non Comp Disbursements: | $16,750.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/25/2013 to 4/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $23,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,500.00 |
| Total Internal/Transfer Receipts: | $1,535.64 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $16,750.00 |
| Total Comp/Non Comp Disbursements: | $16,750.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-42320-WSD | **Trustee Name:** Wendy Turner Lewis |
| **Case Name:** | GLOWSKI, JACOB D | **Bank Name:** Bank of Kansas City |
| **Primary Taxpayer ID #:** | ******3238 | **Checking Acct #:** ******0363 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking |
| **For Period Beginning:** | 2/2/2012 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 4/4/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2012 | | Transfer from Acct # xxxxxx8484 | Transfer of Funds | 9999-000 | $1,540.87 | | $1,540.87 |
| 12/14/2012 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § | 2600-000 | | $1.71 | $1,539.16 |
| 01/16/2013 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § | 2600-000 | | $1.76 | $1,537.40 |
| 02/14/2013 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § | 2600-000 | | $1.76 | $1,535.64 |
| 02/25/2013 | | Bank of Texas | Transfer Funds | 9999-000 | | $1,535.64 | $0.00 |
| | | **TOTALS:** | | | $1,540.87 | $1,540.87 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $1,540.87 | $1,535.64 | |
| | | **Subtotal** | | | $0.00 | $5.23 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $5.23 | |

| For the period of 2/2/2012 to 4/4/2013 | | For the entire history of the account between 01/01/1900 to 4/4/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,540.87 | Total Internal/Transfer Receipts: | $1,540.87 |
| Total Compensable Disbursements: | $5.23 | Total Compensable Disbursements: | $5.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.23 | Total Comp/Non Comp Disbursements: | $5.23 |
| Total Internal/Transfer Disbursements: | $1,535.64 | Total Internal/Transfer Disbursements: | $1,535.64 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 12-42320-WSD | Trustee Name: Wendy Turner Lewis |
| Case Name: | GLOWSKI, JACOB D | Bank Name: Bank of America |
| Primary Taxpayer ID #: | ******3238 | Checking Acct #: ******8484 |
| Co-Debtor Taxpayer ID #: | | Account Title: Money Market Account |
| For Period Beginning: | 2/2/2012 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 4/4/2013 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2012 | | JACOB D GLOWSKI | NON EXEMPT PROPERTY P/L 5/2/12 | * | $1,550.00 | | $1,550.00 |
| | {8} | | NON EXEMPT $1,050.00 PROPERTY P/L 5/2/12 | 1129-000 | | | $1,550.00 |
| | {10} | | NON EXEMPT $500.00 PROPERTY P/L 5/2/12 | 1129-000 | | | $1,550.00 |
| 06/29/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,550.01 |
| 06/29/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § | 2600-000 | | $1.84 | $1,548.17 |
| 07/31/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,548.18 |
| 07/31/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § | 2600-000 | | $2.03 | $1,546.15 |
| 08/31/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,546.16 |
| 08/31/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § | 2600-000 | | $1.96 | $1,544.20 |
| 09/28/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,544.21 |
| 09/28/2012 | | Bank of America | Bank Service Fee under 11 U.S.C. § | 2600-000 | | $1.77 | $1,542.44 |
| 10/26/2012 | (INT) | Bank of America | Interest Posting | 1270-000 | $0.01 | | $1,542.45 |
| 10/26/2012 | | Bank of America | Bank Service Fee | 2600-000 | | $1.58 | $1,540.87 |
| 10/26/2012 | | Transfer to Acct # xxxxxx0363 | Transfer of Funds | 9999-000 | | $1,540.87 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | $1,550.05 | $1,550.05 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $1,540.87 | |
| Subtotal | $1,550.05 | $9.18 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $1,550.05 | $9.18 | |

**For the period of 2/2/2012 to 4/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,550.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,550.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9.18 |
| Total Internal/Transfer Disbursements: | $1,540.87 |

**For the entire history of the account between 01/01/1900 to 4/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,550.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,550.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9.18 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9.18 |
| Total Internal/Transfer Disbursements: | $1,540.87 |

Exhibit B

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-42320-WSD | **Trustee Name:** Wendy Turner Lewis |
| **Case Name:** | GLOWSKI, JACOB D | **Bank Name:** Bank of America |
| **Primary Taxpayer ID #:** | ******3238 | **Checking Acct #:** ******8497 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking |
| **For Period Beginning:** | 2/2/2012 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 4/4/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| For the period of 2/2/2012 to 4/4/2013 | | For the entire history of the account between 01/01/1900 to 4/4/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 12-42320-WSD |
| **Case Name:** | GLOWSKI, JACOB D |
| **Primary Taxpayer ID #:** | ******3238 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 2/2/2012 |
| **For Period Ending:** | 4/4/2013 |

| | |
|---|---|
| **Trustee Name:** | Wendy Turner Lewis |
| **Bank Name:** | Bank of America |
| **Checking Acct #:** | ******8497 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $25,050.05 | $16,764.41 | $8,285.64 |

**For the period of 2/2/2012 to 4/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,050.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,050.05 |
| Total Internal/Transfer Receipts: | $3,076.51 |
| | |
| Total Compensable Disbursements: | $14.41 |
| Total Non-Compensable Disbursements: | $16,750.00 |
| Total Comp/Non Comp Disbursements: | $16,764.41 |
| Total Internal/Transfer Disbursements: | $3,076.51 |

**For the entire history of the case between 02/02/2012 to 4/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,050.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,050.05 |
| Total Internal/Transfer Receipts: | $3,076.51 |
| | |
| Total Compensable Disbursements: | $14.41 |
| Total Non-Compensable Disbursements: | $16,750.00 |
| Total Comp/Non Comp Disbursements: | $16,764.41 |
| Total Internal/Transfer Disbursements: | $3,076.51 |

| Case No.: | 12-42320-WSD | | | | | Trustee Name: Wendy Turner Lewis |
|---|---|---|---|---|---|---|
| Case Name: | GLOWSKI, JACOB D | | | | | Date: 4/4/2013 |
| Claims Bar Date: | 08/28/2012 | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | WENDY TURNER LEWIS<br><br>444 WEST WILLIS STREET, SUITE 101 DETROIT MI 48201 | Trustee Compensation | Allowed | 2100-000 | $1,580.01 | $0.00 | $0.00 | $0.00 | $1,580.01 |
| **Claim Notes:** | TRUSTEE COMPENSATION | | | | | | | | |
| | WENDY TURNER LEWIS<br>444 West Willis, Suite 101<br>Detroit MI 48201 | Trustee Expenses | Allowed | 2200-000 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 |
| **Claim Notes:** | TRUSTEE EXPENSE | | | | | | | | |
| | STEINBERG SHAPIRO & CLARK<br><br>25925 TELEGRAPH ROAD SUITE 203 SOUTHFIELD, MI 48033 | Attorney for Trustee Expenses (Othe | Allowed | 3220-000 | $72.32 | $0.00 | $0.00 | $0.00 | $72.32 |
| **Claim Notes:** | COUNSEL FOR TRUSTEE EXPENSES | | | | | | | | |
| | STEINBERG SHAPIRO & CLARK<br><br>25925 TELEGRAPH ROAD SUITE 203 SOUTHFIELD, MI 48033 | Attorney for Trustee Fees (Other Fi | Allowed | 3210-000 | $1,900.00 | $0.00 | $0.00 | $0.00 | $1,900.00 |
| **Claim Notes:** | COUNSEL FOR TRUSTEE FEES | | | | | | | | |
| 5 | INTERNAL REVENUE SERVICE<br><br>PO Box 21126 Philadelphia PA 191140326 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $3,285.31 | $0.00 | $0.00 | $0.00 | $3,285.31 |
| **Claim Notes:** | CLAIM ALLOWED | | | | | | | | |
| 1 | MIDLAND FUNDING LLC<br><br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 331311605 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,111.74 | $0.00 | $0.00 | $0.00 | $2,111.74 |
| **Claim Notes:** | CLAIM ALLOWED | | | | | | | | |

**Case No.:** 12-42320-WSD

**Case Name:** GLOWSKI, JACOB D

**Claims Bar Date:** 08/28/2012

**Trustee Name:** Wendy Turner Lewis

**Date:** 4/4/2013

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 430543025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,432.40 | $0.00 | $0.00 | $0.00 | $3,432.40 |
| **Claim Notes:** | CLAIM ALLOWED | | | | | | | | |
| 3 | ANN ARBOR CREDIT<br><br>311 N Main St<br>Ann Arbor MI 48104 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $592.05 | $0.00 | $0.00 | $0.00 | $592.05 |
| **Claim Notes:** | CLAIM ALLOWED | | | | | | | | |
| 4 | NORDSTROM FSB<br><br>P.O. Box 6566<br>Englewood CO 80155 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,188.72 | $0.00 | $0.00 | $0.00 | $1,188.72 |
| **Claim Notes:** | CLAIM ALLOWED | | | | | | | | |
| 5a | INTERNAL REVENUE SERVICE<br><br>PO Box 21126<br>Philadelphia PA 191140326 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $891.08 | $0.00 | $0.00 | $0.00 | $891.08 |
| **Claim Notes:** | CLAIM ALLOWED | | | | | | | | |
| 6 | US DEPARTMENT OF EDUCATION<br><br>Direct Loan Servicing<br>PO Box 5609<br>Greenville TX 75403 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,860.60 | $0.00 | $0.00 | $0.00 | $1,860.60 |
| **Claim Notes:** | CLAIM ALLOWED | | | | | | | | |
| 7 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 282721083 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,192.86 | $0.00 | $0.00 | $0.00 | $1,192.86 |
| **Claim Notes:** | CLAIM ALLOWED | | | | | | | | |
| 8 | AMERICAN EXPRESS BANK FSB<br><br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $5,143.64 | $0.00 | $0.00 | $0.00 | $5,143.64 |
| **Claim Notes:** | CLAIM ALLOWED | | | | | | | | |

| Case No. | 12-42320-WSD | | | | | | | Trustee Name: Wendy Turner Lewis |
| Case Name: | GLOWSKI, JACOB D | | | | | | | Date: 4/4/2013 |
| Claims Bar Date: | 08/28/2012 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | GERALD ZEMBROWSKI<br><br>4053 Pte-Tremble Road<br>Algonac MI 48001 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $992.40 | $0.00 | $0.00 | $0.00 | $992.40 |

**Claim Notes:**

CLAIM ALLOWED

(9-1) Attorney fees incurred in defense of criminal charges

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | HEALTH ONE CREDIT UNION<br><br>600 Lafayette East<br>Detroit MI 48226 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $2,001.42 | $0.00 | $0.00 | $0.00 | $2,001.42 |

**Claim Notes:** CLAIM ALLOWED AS A TARY FILED CLAIM

NOT ENOUGH FUNDS ON HAND TO PAY TARDY CLAIMS

| | | | | | $26,319.55 | $0.00 | $0.00 | $0.00 | $26,319.55 |

| | |
|---|---|
| **Case No.** | 12-42320-WSD |
| **Case Name:** | GLOWSKI, JACOB D |
| **Claims Bar Date:** | 08/28/2012 |

**Trustee Name:** Wendy Turner Lewis
**Date:** 4/4/2013

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Othe | $72.32 | $72.32 | $0.00 | $0.00 | $0.00 | $72.32 |
| Attorney for Trustee Fees (Other Fi | $1,900.00 | $1,900.00 | $0.00 | $0.00 | $0.00 | $1,900.00 |
| Claims of Governmental Units - 507( | $3,285.31 | $3,285.31 | $0.00 | $0.00 | $0.00 | $3,285.31 |
| General Unsecured 726(a)(2) | $17,405.49 | $17,405.49 | $0.00 | $0.00 | $0.00 | $17,405.49 |
| Tardy General Unsecured 726(a)(3) | $2,001.42 | $2,001.42 | $0.00 | $0.00 | $0.00 | $2,001.42 |
| Trustee Compensation | $1,580.01 | $1,580.01 | $0.00 | $0.00 | $0.00 | $1,580.01 |
| Trustee Expenses | $75.00 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       12-42320-WSD
Case Name:      Jacob D Glowski
Trustee Name:   Wendy Turner Lewis

Balance on hand:                        $8,285.64

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $8,285.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| WENDY TURNER LEWIS          , Trustee Fees | $1,580.01 | $0.00 | $1,580.01 |
| Wendy Turner Lewis, Trustee Expenses | $75.00 | $0.00 | $75.00 |
| STEINBERG SHAPIRO & CLARK, Attorney for Trustee Fees | $1,900.00 | $0.00 | $1,900.00 |
| STEINBERG SHAPIRO & CLARK, Attorney for Trustee Expenses | $72.32 | $0.00 | $72.32 |

Total to be paid for chapter 7 administrative expenses:          $3,627.33
Remaining balance:          $4,658.31

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $4,658.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,285.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

| | | of Claim | Payments to Date | Payment |
|---|---|---|---|---|
| 5 | Internal Revenue Service | $3,285.31 | $0.00 | $3,285.31 |

Total to be paid to priority claims:   $3,285.31
Remaining balance:   $1,373.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,405.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Midland Funding LLC | $2,111.74 | $0.00 | $166.58 |
| 2 | Discover Bank | $3,432.40 | $0.00 | $270.76 |
| 3 | Ann Arbor Credit | $592.05 | $0.00 | $46.70 |
| 4 | Nordstrom fsb | $1,188.72 | $0.00 | $93.77 |
| 5a | Internal Revenue Service | $891.08 | $0.00 | $70.29 |
| 6 | US Department of Education | $1,860.60 | $0.00 | $146.77 |
| 7 | Capital One Bank (USA), N.A. | $1,192.86 | $0.00 | $94.10 |
| 8 | American Express Bank FSB | $5,143.64 | $0.00 | $405.75 |
| 9 | Gerald Zembrowski | $992.40 | $0.00 | $78.28 |

Total to be paid to timely general unsecured claims:   $1,373.00
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $2,001.42 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 10 | Health One Credit Union | $2,001.42 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:      $0.00

Remaining balance:      $0.00

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:      $0.00

Remaining balance:      $0.00